Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Phone: 918.698.3289
JoanFarr73@aol.com

**FILED**
U.S. District Court
District of Kansas

JUL 0 8 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Joan E. Farr, individually, *pro se*, and in the interests of innocent American citizens, <br><br> Plaintiff, <br><br> vs. <br><br> Christine Curry, Kansas Legal Services, Inc., Attorney Rebecca Hesse, other known/unknown state and government actors, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:22-cv-2120-DDC-KGG <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### PLAINTIFF'S MOTION TO AMEND COMPLAINT TO JOIN PARTIES

COMES NOW Joan E. Farr, individually, *pro se*, and in the interests of innocent American citizens, files this motion to amend her Complaint filed on March 30, 2022 to join parties. In support, plaintiff states as follows:

1. Plaintiff filed a previous case that was dismissed in January, 2022, largely due to the fact that she failed to first file a Form 95 against the federal defendants under the Federal Tort Claims Act (FTCA) (Case No. 2:21-cv-02183).

2. On February 2, 2022, plaintiff filed a Form 95 against the federal defendants and sent it to seven different locations to ensure delivery. It was received by the DOJ on February 14, 2022. (EXHIBIT A).

3. On February 25, 2022, Senator James Inhofe resigned after 35 years in Congress.

4. On June 1, 2022, plaintiff received a letter from the United States Senate denying her FTCA claims and advising her that she had six months to file a federal suit (EXHIBIT B).

5. Plaintiff advised the court that she would be able to add the federal defendants back into this

lawsuit by July 8, 2022 [Doc. 31].

6. Plaintiff submits the attached Amended Complaint to join additional parties for the Court's approval (EXHIBIT C).

WHEREFORE, plaintiff respectfully requests that this Court grant her motion to amend her Complaint to join parties for the aforementioned reasons.

Respectfully submitted,

By: *Joan E Farr*
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2022, a copy of the above and foregoing Plaintiff's Motion to Amend Complaint to Join Parties was filed with the United States District Court for the District of Kansas and a copy was deposited in the United States mail, postage prepaid and properly addressed, to:

Timothy J. Finnerty
Wallace, Saunders Austin Brown &
   Enochs Chartered – Wichita
200 West Douglas, Suite 400
Wichita, Kansas 67202
Ph: 316-269-2100
Fax: 316-269-2479
Email: tfinnerty@wallacesaunders.com
*Attorney for defendants Rebecca Hesse*
   *and Kansas Legal Services, Inc.,*
   *limited representation for defendant*
   *Christine Curry*

By: *Joan E Farr*
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

2.