Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Phone: 918.698.3289
JoanFarr73@aol.com

FILED
U.S. District Court
District of Kansas

DEC 3 0 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Joan E. Farr, individually, *pro se*, and in the interests of innocent American citizens,<br><br>  Plaintiff,<br><br>vs.<br><br>Christine Curry, Kansas Legal Services, Inc., Attorney Rebecca Hesse, other known/unknown state and government actors,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:22-cv-2120-DDC-KGG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO SET ASIDE ORDER**

COMES NOW Joan E. Farr, individually, *pro se*, and in the interests of innocent American citizens, and pursuant to Fed. R. Civ. P. 60(b)(1) & (3), files this motion to set aside order in conjunction with her motion to reconsider, or in the alternative, to alter or amend judgment filed this same day in the above matter. In support, plaintiff states as follows:

1. Federal Rule 60(b) states that "on motion and just terms, the court may relieve a party… from a final judgment, order, or proceeding for the following reasons: (1) mistake… and (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party…" Any reasonable person would believe that the defendants engaged in extrinsic fraud and misconduct when they conspired with Sedgwick County Court judges to bring false stalking and contempt charges against plaintiff, knowing that she was only trying to serve Curry properly with her federal suit and that mailing her court documents did not justify contempt charges against Farr. So this Court has erred in its ruling.

2. The decision whether to grant or deny a motion to reconsider is committed to the court's sound discretion. Sound judicial discretion is defined in Black's Law Dictionary as "discretion exercised

1

on full and fair consideration of the facts presented to the judge by the well-known and established mode of procedure." *Caldwell v. State*, 164 Tenn. 325, 48 S.W.2d 1087, 1089 (1932). Also, "discretion exercised not arbitrarily or willfully but with regard to what is right and equitable under the circumstances." *Cornwell v. Cornwell*, 73 App. D.C. 233, 118 F.2d 396, 398 (1917).

3. Plaintiff contends that sound judicial discretion was not exercised in the Court's decision. Ignoring all of the facts, laws and evidence in this matter and dismissing this case entirely is manifest injustice toward plaintiff. Furthermore, a reviewing court "must resolve every factual dispute in the plaintiff's favor when determining whether the petition states any valid claim for relief. Dismissal is proper only when the allegations in the petition clearly demonstrate that the plaintiff does not have a claim." *Steckline Communications, Inc. v. Journal Broadcast Group of Kansas, Inc.,* 305 Kan. 761, 768, 388 P.3d 84 (2017). However, the Court's ruling has failed to resolve every factual dispute.

WHEREFORE, plaintiff respectfully requests that this Court set aside the order to dismiss this case and grant her motion to reconsider, or in the alternative, to allow her to alter or amend judgment and allow this case to be reinstated for the reasons stated in both motions and to ensure justice for "*all.*"

Respectfully submitted,

By: *Joan E Farr*
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December 2022, a copy of the above and foregoing Plaintiff's Motion to Set Aside Order was filed with the United States District Court for the District of Kansas and a copy was deposited in the United States mail, postage prepaid and properly addressed, to:

Timothy J. Finnerty
Wallace, Saunders Austin Brown &
   Enochs Chartered – Wichita
200 West Douglas, Suite 400
Wichita, Kansas 67202
Ph: 316-269-2100
Fax: 316-269-2479
Email: tfinnerty@wallacesaunders.com
*Attorney for all defendants*

By: *Joan E Farr*
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

3