Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Phone: 918.698.3289
JoanFarr73@aol.com

**FILED**
U.S. District Court
District of Kansas

FEB 15 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Joan E. Farr, individually, *pro se*, and in the interests of innocent American citizens,<br><br>Plaintiff,<br><br>vs.<br><br>Christine Curry, Kansas Legal Services, Inc., Attorney Rebecca Hesse, other known/unknown state and government actors,<br><br>Defendants. | Case No. 2:22-cv-2120-DDC-KGG |

**PLAINTIFF'S NOTICE TO THE COURT**

COMES NOW the plaintiff, Joan E. Farr, individually, *pro se*, and in the interests of innocent ' American citizens, and files this notice to the Court that she will not file an appeal in this case. After filing subsequent Case No. 2:22-cv-2476 [*Farr III*] against the government defendants involved in this matter and asking that defendants Curry, Hesse and KLS be joined, she does not want to waste any more resources by pursuing the instant matter [*Farr II*] further. It would also be too costly, voluminous and burdensome for her to try and pursue both cases. It is plaintiff's hope that this entire matter [*Farr III*] will be resolved fully and fairly on its merits in the interests of justice.

Dated: Feb. 15, 2023

Respectfully submitted,

By: _Joan E Farr_
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February 2023, a copy of the above and foregoing Plaintiff's Notice to the Court was filed with the United States District Court for the District of Kansas, and pursuant to D. Kan. Rule 5.4.9(a), notice of electronic filing is automatically generated by the court's Electronic Filing System (CM/ECF) to send notifications of such filing to the email addresses on the electronic mail notice list.

By: *Joan E. Farr*
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com