FILED
U.S. District Court
District of Kansas

FEB 2 8 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

Joan E. Farr
7145 Blueberry Lane
Derby, KS 67037
Phone: 918.698.3289
JoanFarr73@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Joan E. Farr, individually, *pro se*, <br> and in the interests of innocent American citizens, <br><br> Plaintiff, <br><br> vs. <br><br> Christine Curry, Kansas Legal Services, Inc., Attorney Rebecca Hesse, other known/unknown state and government actors, <br><br> Defendants. | Case No. 2:22-cv-2120-DDC-KGG |

**PLAINTIFF'S RESPONSE TO DEFENDANT CURRY'S MOTION
FOR INJUNCTION AND MEMORANDUM IN SUPPORT**

COMES NOW the plaintiff, Joan E. Farr, individually, *pro se*, and in the interests of innocent American citizens, and files this response to defendant Curry's motion for injunction and memorandum in support. In support, plaintiff states that she incorporates by reference here her Facts and Arguments and Authorities advanced in her response to defendants' Hesse and Kansas Legal Services, Inc.'s motion for injunction and memorandum in support and adopts them as her own. In Case No. 22-2120 [*Farr I*] and Case No. 22-2476 [*Farr III*], plaintiff has shown by her facts stated and overwhelming, direct, clear and convincing evidence that Curry, Hesse and KLS were all part of the schemed plan by the government defendants to deny plaintiff's rights and engage in a variety of harms including malicious prosecution to keep her from becoming a United States Senator. Therefore, the facts and legal arguments supporting plaintiff's response to their motion likewise support this response to Curry's motion.

WHEREFORE, plaintiff respectfully requests that this Court deny this defendant's motion for a permanent injunction, grant her request to enjoin Curry as a defendant in Case No. 22-2476, allow further

*pro se* filings in this case if necessary, deny any further filing restrictions in this District without first obtaining leave from the Court or representation by an attorney in good standing licensed to practice in the State of Kansas and admitted to practice in this Court for the aforementioned reasons, UNLESS the Court is willing to appoint her an attorney she can trust to give her effective assistance of counsel.

"… whoever does not do right is not of God…" *I John 3:10*

Respectfully submitted,

By: *Joan E. Farr*
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February 2023, a copy of the above and foregoing Plaintiff's Response to Defendant Curry's Motion for Injunction and Memorandum in Support was filed with the United States District Court for the District of Kansas, and pursuant to D. Kan. Rule 5.4.9(a), notice of electronic filing is automatically generated by the court's Electronic Filing System (CM/ECF) to send notifications of such filing to the email addresses on the electronic mail notice list.

By: *Joan E. Farr*
Joan E. Farr, individually, *pro se*
7145 Blueberry Lane
Derby, Kansas 67037
Phone: 918.698.3289
Email: JoanFarr73@aol.com